**Entered on Docket**
**September 28, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes
the order of the court. Signed September 28,**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Lito Sales Nicolas,

    Debtor.

No. 10-44176
Chapter 11

**MEMORANDUM RE TRUSTEE'S BRIEF**

Having conducted a hearing and set a briefing schedule on June 20, 2012, calling for the United States Trustee to file a brief on or before September 20, 2012, and no brief having been filed by the Trustee as of September 27, 2012, the matter will hereby be deemed submitted if no such brief is filed within seven (7) days of entry of this Order.

**\*\*END OF ORDER\***

**COURT SERVICE LIST**

Kenneth R. Graham
Law Offices of Kenneth R. Graham
1575 Treat Blvd #105
Walnut Creek, CA 94598

U.S. Trustee
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

Margaret H. McGee
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612-5217

Gary Watt
David M. Marchiano
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759